```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 29467
   TANISHIA BROWN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-2811

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/09/2004 and was confirmed 09/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  38.02%.

     The case was paid in full 08/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE BANK            UNSECURED          764.62           .00          290.71
RESURGENCE FINANCIAL LLC    UNSECURED         6667.84           .00         2535.11
CAPITAL ONE BANK            UNSECURED         1793.29           .00          681.81
CITY OF CHICAGO PARKING     UNSECURED         1830.00           .00          695.77
PROVIDIAN                   UNSECURED       NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK     NOTICE ONLY    NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED           .00             .00
JOSEPH WROBEL               DEBTOR ATTY     2,094.00                        2,094.00
TOM VAUGHN                  TRUSTEE                                           362.50
DEBTOR REFUND               REFUND                                            426.90

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                7,086.80

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     4,203.40
ADMINISTRATIVE                                2,094.00
TRUSTEE COMPENSATION                            362.50
DEBTOR REFUND                                   426.90
                      ---------------      ---------------
TOTALS                 7,086.80               7,086.80



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29467 TANISHIA BROWN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 29467 TANISHIA BROWN